PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Usman Ainoko Mohammed                 Cr.: 00-00168-001

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: 01/18/01

Original Offense: Conspiracy to Export Stolen Motor Vehicles

Original Sentence: 34 months incarceration and 3 years supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 08/11/03

Assistant U.S. Attorney: Russel N. Jacobson             Defense Attorney: Lorraine Gauli-Rufo

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
|   | On May 12, 2005, and anytime thereafter, the supervised releasee failed to report to the U.S. Probation Department as directed, and his whereabouts remain unknown. |
| 2 | The offender has violated the supervision condition which states 'The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court.' |
|   | On or about December 1, 2004, the supervised releasee obtained credit, totaling approximately $730,000, without the permission of the Court or the U.S. Probation Department. |

I declare under penalty of perjury that the foregoing is true and correct.

*Donna W. Shaw*

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 06/09/05

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date